Joshua D. Kienitz, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

P. Dustin Bodaghi, Bar No. 271501
dbodaghi@littler.com
Alejandra Gallegos, Bar No. 340320
agallegos@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
SHAMBAUGH & SON, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM LEE, an individual on behalf of himself and on behalf of all persons similarly situated,

Plaintiff,

v.

SHAMBAUGH & SON, L.P., a Limited Partnership; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-cv-00820-CBM-BFM

**DEFENDANT'S AMENDED NOTICE OF RELATED CASES**

Trial Date: TBD
Los Angeles County Superior Court
Complaint Filed: December 26, 2024

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 83-1.3, Defendant SHAMBAUGH & SON, L.P. ("Defendant" or "Shambaugh") hereby notifies the Court that this instant action, (hereinafter, the "Class Action") is related to the case captioned as *William Lee v. Shambaugh & Son, L.P., a Limited Partnership; and Does 1 through 50, inclusive*, Case No. 8:25-cv-00174-FWS-DFM (the "PAGA Action"), also pending in the United States District Court, Southern Central of California, before Judge Fred W. Slaughter.

The Plaintiff in the PAGA Action is William Lee and the Defendant is Shambaugh & Son, L.P. Plaintiff's counsel in the PAGA Action is the same as Plaintiff's counsel in the instant case.

The PAGA Action seeks civil penalties under the Labor Code Private Attorneys General Act ("PAGA"), derivative of alleged violations of Labor Code §§ 201, 202, 203, 204, 210, 218, 221, 226(a), 226.7, 227.3, 246, 510, 512, 558(a)(1)(2), 1194, 1197, 1197.1, 1198, 2100, 2802, California Code of Regulations, Title 8, Section 11040, Subdivision 5(A)-(B), California Code of Regulations, Title 8, Section 1 1070(14) (Failure to Provide Seating), and the applicable Wage Order(s). Defendant will remove the PAGA Action to this Court on the same day it removes the Class Action.

Plaintiff William Lee ("Plaintiff") is the plaintiff in both the PAGA Action and the Class Action. Plaintiff's counsel in the Class Action is the same as Plaintiff's counsel in the PAGA Action. Shambaugh is the defendant in both the PAGA Action and the Class Action and the underlying Labor Code allegations are largely identical in both actions. Plaintiff alleges, and Shambaugh denies, that there were meal break violations, overtime violations, minimum wage violations, rest break violations, wage statement violations, final pay/waiting time penalty violations, expense reimbursement violations, and failure to pay sick pay wages. Shambaugh contends that the majority of

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468

the claims at issue are preempted under Section 301 of the Labor Management Relations Act, 28 U.S.C Section 185, and that argument will be made (or has been made) in both the PAGA Action and the Class Action.

Accordingly, the Class Action and the PAGA Action arise from the same or substantially identical transactions, happenings, or events as those alleged in the present lawsuit and are related under Local Rule 83-1.3.

After Defendant removes the PAGA Action, Defendant will file a dispositive motion in both cases, which will involve many of the same arguments. Because of the presence of many identical legal and factual issues in the Class Action versus the PAGA Action, it would result in a saving of judicial effort and other economies for the PAGA Action to be assigned to a single district judge.

Dated: February 18, 2025

LITTLER MENDELSON, P.C.

*/s/ Alejandra Gallegos*

Joshua D. Kienitz
P. Dustin Bodaghi
Alejandra Gallegos

Attorneys for Defendant
SHAMBAUGH & SON, L.P.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 18565 Jamboree Road, Suite 800, Irvine, California 92612. On February 18, 2025, I served the following document(s):

**DEFENDANT'S AMENDED NOTICE OF RELATED CASES**

☐ **BY MAIL (FRCP 5(b)(1)(C)):** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses below and *(specify one)*:

☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing and deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY NOTICE OF ELECTRONIC FILING**, which is a notice automatically generated by the CM/EF system at the time the document(s) listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

| | |
|---|---|
| Norman B. Blumenthal, Esq.<br>Kyle R. Nordrehaug, Esq.<br>Aparajit Bhowmik, Esq.<br>Nicholas J. De Blouw, Esq.<br>Christine T. LeVu, Esq.<br>Jesus Adolfo Sanchez Contreras, Esq.<br>BLUMENTHAL NORDREHAUG<br>BHOWMIK DE BLOUW LLP<br>2255 Calle Clara<br>La Jolla, CA 92037 | Telephone: (858)551-1223<br>Facsimile: (858) 551-1232<br>Email: norm@bamlawca.com<br>kyle@bamlawca.com<br>aj@bamlawlj.com<br>Nick@bamlawca.com<br>christine@bamlawca.com<br>adolfo@bamlawca.com |

Attorneys for Plaintiff
WILLIAM LEE

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 18, 2025, at Irvine, California.

*/s/ Winty Thoumaked*
Winty Thoumaked

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468