**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE, an individual on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHAMBAUGH & SON, L.P., a Limited Partnership; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00820-FWS-DFM<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL AND DISMISSING CASE [25]** |

///

///

///

The court has received and reviewed the parties' Notice of Settlement and Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(A)(1) and 23(E). (Dkt. 25 ("Stipulation").) Based on the files and records in this case, as applied to the applicable law, and for the good cause shown in the Stipulation, the court **ORDERS** the following:

1. The above-captioned case is **DISMISSED**. The individual allegations (regarding Plaintiff William Lee only) set forth in this case are **DISMISSED WITH PREJUDICE**, and the class allegations (all allegations as to unnamed putative class members) are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's motion for judgment on the pleadings (Dkt. 18) is **DENIED AS MOOT.** All upcoming hearings, conferences, dates, and deadlines in this case are **VACATED**.

**IT IS SO ORDERED**.

Dated: March 7, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE